# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRESTIGE CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>COLT'S MANUFACTURING COMPANY, LLC,<br><br>    Defendant. | Civil Action No. 3:17-cv-01082-CSH<br><br>February 25, 2019 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate, by and through the undersigned counsel of record, that Plaintiff's Complaint and all causes of action stated therein, as well as all causes of action in Defendant's Counterclaims, shall be voluntarily dismissed with prejudice, subject to the terms of the parties' Settlement Agreement and Mutual Releases dated December 17, 2018, and without an award of fees or costs to either party. The Third-Party Complaint by Defendant Colt's Manufacturing Company, LLC against Third-Party Defendant Chazkat LLC d/b/a Bold Ideas, to which no response was ever timely filed, shall be dismissed without prejudice.

Respectfully Submitted,

| | |
|---|---|
| **PLAINTIFF,**<br>**PRESTIGE CAPITAL CORPORATION** | **DEFENDANT,**<br>**COLT'S MANUFACTURING COMPANY, LLC** |
| /s/ Steven I. Frenkel<br>Steven I. Frenkel (ct07038)<br>David T. Martin (ct27581)<br>CUMMINGS & LOCKWOOD LLC | /s/ Mark W. Freel<br>Mark W. Freel (ct03085)<br>Locke Lord LLP<br>20 Church Street, 20th Floor |

-2-

| | |
|---|---|
| Six Landmark Square<br>Stamford, CT  06901<br>Tel.: (203) 351-4206<br>Fax: (203) 708-3907<br>E-mail:   sfrenkel@cl-law.com<br>              dmartin@cl-law.com | Hartford, CT  06103<br>Tel.:( 860) 525-5065<br>Fax: (860) 527-4198<br>Email:  mark.freel@lockelord.com |

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's CM/ECF system.


/s/ Steven I. Frenkel
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901
Phone: 203-351-4206
Fax: 203-708-3907
E-mail:   sfrenkel@cl-law.com


```
3521226_1.docx 2/25/2019
```